**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | \| | |
| | \| | |
| **Plaintiff,** | \| | |
| | \| | **CASE NO. 2:24-PO-00008** |
| **v.** | \| | |
| | \| | **MAGISTRATE JUDGE JOLSON** |
| | \| | |
| **WESLEY A. WELCH,** | \| | |
| | \| | |
| **Defendant.** | \| | |

---

**ORDER**

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is DISMISSED.


s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**


1/24/2024
**DATE**